**Order entered March 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00263-CV

### IN RE CLEVELAND NIXON, Relator

**Original Proceeding from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F1121243X**

## ORDER

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** the writ of mandamus. We **ORDER** the trial judge, the Honorable Jeanine Howard, Judge of Criminal District Court No. 6, to **SIGN** a written order memorializing her ruling on relator's motion for bond pending appeal. Should the trial judge fail to comply with this order, the writ will issue. We **ORDER** the trial judge to file with this Court, **within ten (10) days of the date of this order**, a certified copy of her order issued in compliance with this order.

/s/     CRAIG STODDART
        JUSTICE